# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>　　　　　Defendant. | Case No. 1:15-cv-00110-SMS<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>Doc. 5<br><br>**RESPONSE DUE WITHIN FIFTEEN (15) DAYS** |

　　　On January 22, 2015, Plaintiff Carlos Hernandez, proceeding *pro se*, filed a complaint seeking review of the Commissioner's denial of his application for unspecified disability benefits under the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act").  On February 2, 2015, after screening the complaint, the Court dismissed it with leave to amend within thirty (30) days to provide certain omitted information.  Although more than thirty (30) days have passed, Plaintiff has not filed an amended complaint or responded to the Court's order in any other way.

　　　The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

///

///

1

Accordingly, the Court hereby ORDERS:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order filed February 2, 2015.
2. The Clerk of Court shall mail one copy of this order and of the Court's February 2, 2015 order (Doc. 5) to Plaintiff.
3. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **March 10, 2015**                     /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE