# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>        Defendant. | **Case No.  1:15-cv-00110-LJO-SMS**<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS IN LIGHT OF PLAINTIFF'S SUBMISSION OF AMENDED COMPLAINT**<br><br>(Doc. 9) |

On January 22, 2015, Plaintiff Carlos Hernandez, proceeding *pro se*, filed a complaint seeking review of the Commissioner's denial of his application for unspecified disability benefits under the Social Security Act (42 U.S.C. § 301 *et seq.*).  On February 2, 2015, after screening the complaint, the Court dismissed it with leave to amend within thirty (30) days.  Plaintiff neither filed an amended complaint nor responded to a March 10, 2013 order to show cause why the case should not be dismissed for Plaintiff's failure to follow a court order.  On April 6, 2015, the undersigned filed findings and recommendations recommending that the Court dismiss this case for failure to prosecute.

The findings and recommendations provided that any objections to the findings and recommendations were to be served within fifteen (15) days.  On April 22, 2014, Plaintiff filed timely objections, apologized for his error in failing to respond on time, and submitted his

amended complaint, which adequately addressed the Court's concerns following its screening of the original complaint.

Accordingly, the findings and recommendations, filed April 6, 2015, are hereby WITHDRAWN.

IT IS SO ORDERED.

    Dated:   **April 29, 2015**             **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE