# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:15-cv-00110-SMS<br><br>**ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND DIRECTING THE CLERK OF COURT TO ISSUE A SUMMONS AND THE UNITED STATES MARSHAL TO SERVE THE COMMISSIONER**<br><br>(Doc. 10 at pp. 2-6) |

　　　Plaintiff Carlos Hernandez, proceeding *pro se*, seeks review of the Commissioner's denial of his application for disability benefits under the Social Security Act (42 U.S.C. § 301 *et seq.*).  On February 2, 2015, after screening the complaint, the Court dismissed it with leave to amend. Plaintiff filed an amended complaint on April 22, 2015.  Doc. 10 at pp. 2-6.

　　　Having screened Plaintiff's amended complaint, the Court finds that although it is inartful, it adequately alleges a cognizable claim that the Commissioner's denial of Plaintiff's application for disability benefits was not supported by substantial evidence.

　　　Accordingly, the Court hereby DIRECTS the Clerk of Clerk of Court to issue a summons and DIRECTS the United States Marshal to serve the summons, a copy of the amended complaint (Doc. 10 at pp. 2-6), and this order upon the Defendant.

IT IS SO ORDERED.

　　　Dated:   **April 29, 2015**　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE