1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| CARLOS HERNANDEZ, | Case No.  1:15-cv-00262-SKO |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASE WITH CASE NO. 1:15-cv-00110-LJO-SMS** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff Carlos Hernandez ("Plaintiff") filed a complaint on February 19, 2015.  (Docs. 1.)
This complaint is duplicative of a complaint Plaintiff filed in a case captioned *Hernandez v. Colvin*, 1:15-cv-00110-LJO-SMS.  The complaint in each action is nearly identical and appears to challenge the same denial of benefits by the Commissioner of Social Security.  (Compare 1:15-cv-00262-SKO, Doc. 1 *with* 1:15-cv-00110-LJO-SMS, Doc. 14.)   As such, this case shall be

1  consolidated with Plaintiff's earlier filed case, 1:15-cv-00110-LJO-SMS.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.    The Clerk of Court is DIRECTED to consolidate this action with the earlier filed

4              case numbered 1:15-cv-00110-LJO-SMS;

5        2.    All future filings shall be made in the case numbered 1:15-cv-00110-LJO-SMS;

6              and

7        3.    The Clerk of Court is DIRECTED to close this case.

8
9  IT IS SO ORDERED.

10    Dated:   **May 14, 2015**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2

28