# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | CASE NO. 1:15-CV-110-DAD-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDMENT TO THE FIRST AMENDED COMPLAINT<br><br>Doc. 28 |

Plaintiff, proceeding pro se, filed his social security complaint on January 22, 2015. Doc. 1. On February 2, 2015, this Court screened the complaint and dismissed it with leave to amend. Doc. 5. On April 29, 2015, Plaintiff filed his first amended complaint (Doc. 14), which the Court ordered served on the Commissioner. On May 15, 2015, this case was consolidated with another case filed by Plaintiff (1:15-cv-00262-SKO). Doc. 16. That case had already set a scheduling order. On December 17, 2015, Plaintiff sent a document to the Court titled, "A short summary of my disabilities." Doc. 28. It describes Plaintiff's symptoms and limitations, and gives a narrative of his disability. By the time this was filed, the Court had not yet issued a scheduling order regarding briefing in this matter. This document is most similar to an amendment to the first amended complaint; hence, the Court treats it as a motion to file an amendment to the first amended complaint.

**I.  DISCUSSION**

Leave to amend "shall be given freely when justice so requires." FRCP 15(a). "But a district court need not grant leave to amend where the amendment: (1) prejudices the opposing

1  party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile."
2  A*merisourceBergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006).

3  Here, Plaintiff is proceeding in pro se, and his amendment largely reiterates the claims in his first amended complaint. It does not prejudice the Commissioner, it does not appear to be sought in bad faith, it does not produce an undue delay in litigation, and it may serve to clarify some of Plaintiff's claims. Therefore, Plaintiff's motion to amend the first amended complaint will be granted. The document received by the Court on December 17, 2015 titled, "A short summary of my disabilities" (Doc. 28) will not supersede the first amended complaint, but will be treated as an amendment to the first amended complaint. The parties are still required to file briefing of the issues.

**II.     ORDER**

For the foregoing reasons, Plaintiff's motion for leave to file an amended complaint is GRANTED as discussed above.  The Commissioner may, but is not required to, file objections to this order within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated:   **February 2, 2016**                    **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE

2