# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | **Case No. 1:15-cv-00110 DAD-GSA**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR STAY WITHOUT PREJUDICE**<br><br>**(Doc. 45)** |

On July 14, 2017, Plaintiff filed a motion to stay these proceedings because he was recently admitted into the hospital to be evaluated for a stroke. (Doc. 45). Plaintiff requests that this case be stayed until further notice because of the stress he is experiencing. In light of the findings and recommendations that this Court issued in Plaintiff's favor (Doc. 46), Plaintiff's motion for a stay is denied without prejudice. If after reviewing the findings and recommendations, Plaintiff needs additional time to file objections, or to respond to any objections filed, he may advise the Court by filing a motion for further extension of time.

IT IS SO ORDERED.

    Dated: **July 20, 2017**          **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE