UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendants. | No. 1:15-cv-00110-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND REMANDING THIS ACTION<br><br>(Doc. No. 46) |

Plaintiff Carlos Hernandez seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits and supplemental security income. (Doc. No. 1.)

On July 20, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's appeal from the administrative decision be granted in part and that this action be remanded to the Commissioner for further proceedings consistent with the analysis set forth therein. (Doc. No. 46.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within thirty days. (*Id.*) The time for filing such objections has passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the

1

findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The July 20, 2017 findings and recommendations (Doc. No. 46), are adopted in full;
2. Plaintiff's appeal is granted in part; and
3. This matter is remanded for further proceedings consistent with this order and the directives outlined in the adopted findings and recommendations.

IT IS SO ORDERED.

Dated: **August 28, 2017**

UNITED STATES DISTRICT JUDGE